**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CASE NO: 12-03955-JW |
| CARROL EUGENE SARGENT | (CHAPTER 13) |
| 2210 ROYAL OAKS DRIVE<br>IRVING, TX  75060 | RESPONSE TO:<br>DEBTOR'S MOTION TO RECONSIDER DISMISSAL |
| Debtor | |

Please take notice that the trustee responds to the DEBTOR'S MOTION TO RECONSIDER DISMISSAL for the following reason(s):

**The Trustee does not object to the reinstatement of the case as long as the Debtor brings a motion to convert to file at court immediately after the entry of the order granting the motion to reconsider dismissal or the case will be dismissed with prejudice.**

Trustee requests a hearing for the response to be heard.

Dated: 5/4/2016

/s/ James M. Wyman

James M. Wyman
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com

## CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

CARROL EUGENE SARGENT
2210 ROYAL OAKS DRIVE
IRVING, TX  75060

Craig Joseph Poff Esq
704 Prince Street
BEAUFORT, SC  29902

Date: May 04, 2016

/s/

Kimberly Lamontagne
Office of the Chapter 13 Trustee
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844 x 302
Fax: (843) 388-9877
Email: 13office@charleston13.com