**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 12–03955–jw                                         Chapter: 13

**In re:**
Carrol Eugene Sargent

**DEFICIENCY NOTICE**

| Filed By The Court |
| --- |
| **5/27/16**<br>Laura A. Austin<br>Clerk of Court<br>US Bankruptcy Court |

To: Craig Poff

You have submitted to the Court for filing a document, Notice of Voluntary Conversion Ch. 13 to Ch. 7, which was received on 5/26/2016. The Notice of Voluntary Conversion Ch. 13 to Ch. 7 is deficient for the following reason(s):

- ☒ The filing fee has not been paid (28 U.S.C. § 1930 and the Appendix thereto).
- ☐ No signature (written or conformed (shown by "/s/ John Doe")).
- ☐ Electronic event and image do not match. Explanation:
- ☐ Improper or no linkage of document. Explanation:
- ☐ No B121 Form (Your Statement About Your Social Security Number).
- ☐ The motion which should be noticed passively has not met all of the requirements of SC LBR 9013–4.   Explanation:
- ☐ Statement of Monthly Income and Means Test Calculation not in accordance with Fed. R. Bankr. P. 1007.
- ☐ Filing not in accordance with official forms.
- ☐ Motion to Avoid Lien/Judicial Lien not in compliance with Court procedures. Please see CM/ECF Participant's Guide for Motion to Avoid Lien – Without Passive Hearing Notice.
- ☐ Other:

Please cure the deficiency by **June 1, 2016**.

Upon failure to cure, the Court may enter an order striking the document, dismissing the case/adversary proceeding, or providing other adverse ruling without further notice or hearing.

Laura A. Austin
Clerk of Court
United States Bankruptcy Court


By:  H Wines, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436